# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE MICKMAN, | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-2047 |
| | : | |
| SUPERIOR COURT OF PENNSYLVANIA, | : | |
| | : | |
|    Defendant. | : | |

## ORDER

AND NOW, this 31st day of July, 2023, upon consideration of Plaintiff Elaine Mickman's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Second Amended Complaint (ECF No. 5) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction pursuant to Federal Rules of Civil Procedure 12(b)(1). No leave to amend is granted.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                                  **BY THE COURT:**

                                                                **/s/ Harvey Bartle III**
                                                                **HARVEY BARTLE III, J.**